IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>-vs-<br><br>KENNETH J. ROBERTS,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 22-MJ-753STE<br>)<br>)　Violation: 21 U.S.C. § 844<br>)<br>)<br>)<br>) |

# INFORMATION

The United States Attorney charges:

## COUNT 1
### (POSSESSION OF CONTROLLED DANGEROUS SUBSTANCE)

On or about October 13, 2022, in the Western District of Oklahoma at Fort Sill Military Reservation, at or near Macomb Road,

---------------- **KENNETH J. ROBERTS,** ---------------

the defendant, did knowingly and intentionally possess a controlled substance without a valid prescription, to wit: marijuana.

All in violation of Title 21, United States Code, Section 844.

Dated this 14th day of October, 2022.

　　　　　　　　　　　　　　　　　　ROBERT J. TROESTER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/ Sarah M. Harvey*
　　　　　　　　　　　　　　　　　　SARAH M. HARVEY
　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　Office of the Staff Judge Advocate
　　　　　　　　　　　　　　　　　　Fort Sill, Oklahoma 73503
　　　　　　　　　　　　　　　　　　(580) 558-1664